*Enforcement and Removal Operations*
*New Orleans Field Office*

**U.S. Department of Homeland Security**
501 Brick Church Park Drive
Nashville, TN 37207



# U.S. Immigration and Customs Enforcement

**Rodriguez Florez, Estefany Maria**

File Number  A █████████

Date  01/08/2026

Please come into the ICE Field Office at the time and place below for processing and additional information. You can bring an attorney or someone to assist you. Don't worry if you are past the 60 days deadline to report from the time you entered the United States. Come in so you can help ensure the best outcome for your case.

| | |
|---|---|
| OFFICE LOCATION | 501 Brick Church Park Dr. Nashville, TN 37211 |
| DATE AND HOUR | January 26, at 10:00 AM |
| ASK FOR | M. Rowe |
| REASON FOR APPOINTMENT | You will be issued a Notice to Appear (NTA), including fingerprints. You must be present for biographical data entry. |
| BRING WITH YOU | Please bring evidence of your current address, this can include the following: a. utility bill b. lease agreement or pay stub c. letter or affidavit from someone you live with Please also bring any identity or citizenship documents you have, such as passport, birth certificate or national identity card or state or municipal issued identification. All family members 14 years or older are required to report with you. |

If you don't want to delay the processing of your case and to help ensure the best outcome, IT IS VERY IMPORTANT that you make every effort to keep this appointment. If you cannot make this appointment, please contact the Field Office at Nashville, TN or you can call ICE at 1-659-9840. THANK YOU FOR YOUR COOPERATION.

Form G-56 (Rev.5-1-83)



**U.S. Immigration and Customs Enforcement**

Immigration and Customs Enforcement
Enforcement and Removal Operations
New Orleans Field Office

U.S. Department of Homeland Security
501 Brick Church Park Drive
Nashville, TN 37207

ESTAFANY RODRIGUEZ-FLOREZ
413 CEDARCLIFF RD
ANTIOCH, TN 37013

File Number: ███
Date: 02/10/2026

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | 501 Brick Church Park Drive<br>Nashville, TN 37207 |
| DATE AND HOUR | Feburary 25, 2026 8:00am |
| ASK FOR | Duty Officer |
| REASON FOR APPOINTMENT | **Case review and Interview** |
| BRING WITH YOU | All Immigration paperwork. |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. FAILURE TO REPORT COULD AFFECT ANY FUTURE IMMIGRATION BENEFIT APPLICATIONS.

If you are unable to do so, state your reason, sign below and return this letter to this office at once.

I am unable to keep this appointment because:

SIGNATURE

DATE

| Alien Name | | Picture | Right Index Print |
|---|---|---|---|
| File Number | Date | | |
| Alien's Signature | | | |
| Alien's Telephone Number (if any) | | | |
| Alien's Address | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 02/23/26 | Duty | Report: NSU, March 17, 2026 |

| Signature | Title |
|---|---|

ICE Form I-220B (10/20)