IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLORES,<br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT LADWIG, et al.<br>　　　　　Respondents. | **Case No.: 3:26-cv-00247**<br>**Judge Richardson** |

### NOTICE OF APPEARANCE

Comes Julio Q. Colby and hereby gives notice of his appearance for Estefany Maria Rodriguez Flores as co-counsel in this matter. Mr. Colby is admitted in this Court and requests that all documents filed from this date forward be served upon him.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Julio Q. Colby*
　　　　　　　　　　　　　　　　　Julio Q. Colby
　　　　　　　　　　　　　　　　　TENNESSEE IMMIGRANT & REFUGEE RIGHTS
　　　　　　　　　　　　　　　　　COALITION
　　　　　　　　　　　　　　　　　3310 Ezell Road
　　　　　　　　　　　　　　　　　Nashville, TN 37211
　　　　　　　　　　　　　　　　　Phone: (615) 457-4768
　　　　　　　　　　　　　　　　　julio@tnimmigrant.org

### CERTIFICATE OF SERVICE

　　I hereby certify that on March 4, 2025, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to Assistant United States Attorney Mercedes C. Maynor*,* United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

　　　　　　　　　　　　　　　　　*/s/ Julio Q. Colby*
　　　　　　　　　　　　　　　　　Julio Q. Colby