IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLORES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Scott LADWIG, Field Office Director of ) <br> Enforcement and Removal Operations, New ) <br> Orleans Field Office, Immigration and ) <br> Customs Enforcement; Kristi NOEM, ) <br> Secretary, U.S. Department of Homeland ) <br> Security; DEPARTMENT OF HOMELAND ) <br> SECURITY; ICE ENFORCEMENT & ) <br> REMOVAL OPERATIONS, Nashville Field ) <br> Office., ) <br> ) <br> Defendants. ) | Case No. 3:26-cv-00247 <br> Judge Richardson <br> Magistrate Judge Holmes |

## NOTICE OF APPEARANCE

Defendants, by and through the United States Attorney for the Middle District of Tennessee and the undersigned counsel, respectfully move this Honorable Court to enter my limited appearance of counsel in this case in order for service to be completed pursuant to Fed. R. Civ. P. 4.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Joel Hugh Coxander<br>MIRA Legal<br>486 Bell Road, Suite B<br>Nashville, TN 37217 | Julio Quiroz Colby<br>Tennessee Immigrant & Refugee Rights Coalition<br>3310 Ezell Road<br>Nashville, TN 37211 |
| Michael C Holley<br>The Law Office of Michael C. Holley<br>922 Main Street, Suite C-161<br>Nashville, TN 37206 | |

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney