# EXHIBIT B

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RODRIGUEZ FLOREZ, ESTEFANY | | | F | BLK | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| COLOMBIA | AV828165 COLOMBIA | NSV2603000059 220 267 482 | 68 | 230 | UNR |

| U.S. Address | | | | |
|---|---|---|---|---|
| 3843 STAGG AVE BASILE, LOUISIANA, 70515, UNITED STATES | | | Scars and Marks | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single |
|---|---|---|---|
| 03/10/2021 Unknown Time, MIA, B2-Visitor For Pleasure | See Narrative | | ☐ Divorced ☒ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 05/14/1990    Age: 35 | 03/04/2026 | NSV/NOL | See I-831 | 03/04/2026 09:13 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| BARRANQUILLA, COLOMBIA | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| MEDINA, ALEJANDRO NATIONALITY: UNITED STATES | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| RODRIGUEZ HERNANDEZ, JUAN NATIONALITY: COLOMBIA | FLORES ROJAS, MARIA NATIONALITY: COLOMBIA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1279809269      Left Index fingerprint       Right Index fingerprint

**FAMILY INFORMATION**
--------------------
Father:RODRIGUEZ HERNANDEZ, JUAN is a citizen of COLOMBIA.
Mother:FLORES ROJAS, MARIA is a citizen of COLOMBIA.
Spouse:MEDINA, ALEJANDRO is a citizen of UNITED STATES.
Child:Subject does not have children or dependents.

**IMMIGRATION RECORD**
--------------------
SUBJECT HEALTH STATUS ...(CONTINUED ON I-831)

| Alien has been advised of communication privileges   3/4/26   (Date/Initials) | Deportation Officer (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| A FILE | Officer: |
| SDDO | on: March 4, 2026    (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: |

Form I-213 (Rev. 08/01/07)

| Alien's Name<br>RODRIGUEZ FLOREZ, ESTEFANY | File Number<br>220 267 482<br>Event No: NSV2603000059 | Date<br>03/04/2026 |
|---|---|---|

```
-----------------------
```
The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
```
--------------------------------
```
03/04/2026 - 237a1B - NONIMMIGRANT OVERSTAY

BOARDED AT
```
----------
```
BOGOTA, COLOMBIA

RECORDS CHECKED
```
-----------------
```
AFIS checked on 03/04/2026 with Negative result.EARM checked on 03/04/2026 with Negative result.CIS checked on 03/04/2026 with Positive result.IAFIS checked on 03/04/2026 with Negative result.NCIC checked on 03/04/2026 with Negative result.TECS checked on 03/04/2026 with Negative result.

ARRESTING AGENTS
```
------------------
```
██████████████████████████████████████████

ARRESTED AT/NEAR
```
------------------
```
2615 MURFREESBORO PIKE, NASHVILLE, TENNESSEE, 372173505, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
```
--------------------------------------
```
INTERVIEW DATA:
The following I-213 documents the investigation, location, and apprehension of RODRIGUEZ-FLOREZ, Estefany (further referred to as RODRIGUEZ-FLOREZ) (A220 267 482). This investigation consists of inquiries from the Department of Homeland Security, United States Citizenship and Immigration Services, various investigative law enforcement systems, and non-incriminating oral statements made by RODRIGUEZ-FLOREZ during the apprehension process. Lionbridge interpreter 7529 was used during this interview.

FAMILY:
RODRIGUEZ-FLOREZ claims her parents are natives and citizens of Colombia and that her mother is deceased and father is still alive and residing in Colombia.

AND

RODRIGUEZ-FLOREZ claims she is legally married to Alejandro Medina who is a USC and currently resides with her in Antioch, TN.

AND

RODRIGUEZ-FLOREZ claims she has (1) child who resides with her in Antioch, TN and (1) child in Colombia. The child present in the U.S. is a 7-year-old female, Colombian citizen, who resides with the child's father in Franklin, TN. RODRIGUEZ-FLOREZ would not disclose the child's name.

CITIZENSHIP:

| Signature<br>██████████ ██████████████ | Title<br>Deportation Officer |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name | File Number | Date |
|---|---|---|
| RODRIGUEZ FLOREZ, ESTEFANY | 220 267 482<br>Event No: NSV2603000059 | 03/04/2026 |

RODRIGUEZ-FLOREZ stated she is a native and citizen of Colombia and is not a United States Citizen and/or Lawful Permanent Resident.

**ENCOUNTER:**
On March 04, 2026, ERO Nashville Fugitive Operations Team encountered RODRIGUEZ-FLOREZ at 413 Cedarcliff Rd, Antioch, TN 37013 while conducting targeted operations. Records checks indicate that RODRIGUEZ-FLOREZ is a native and citizen of Colombia by virtue of birth and is not in possession of valid immigration documents allowing her to be or remain in the United States legally.

**ARREST:**
On March 04, 2026, ERO Nashville Fugitive Operations Team was conducting targeted enforcement at 413 Cedarcliff Rd, Antioch, TN 37013 and observed RODRIGUEZ-FLOREZ, her daughter and her husband enter a purple Honda HR-V with TN tag "BPR-9170" prior to leaving the area. RODRIGUEZ-FLOREZ was observed entering the front passenger seat of the vehicle. RODRIGUEZ-FLOREZ was known to be a B2 VISA overstay. ERO Nashville Fugitive Operations Team conducted a vehicle stop at approximately 7:15am at 2615 Murfreesboro Pike, Nashville, TN 37217. RODRIGUEZ-FLOREZ's identity was confirmed by officers, and she was taken into custody without incident. ERO Nashville transported RODRIGUEZ-FLOREZ to Nashville Hold Room for processing.

On this same date, ERO Nashville Fugitive Operations Team served RODRIGUEZ-FLOREZ an I-200 Warrant of Arrest and I-862 Notice to Appear, charging her with violating section 237(a)(1)(B) of the Immigration and Nationality Act. ERO Nashville transported RODRIGUEZ-FLOREZ to the Etowah Detention Center and placed her in detention. RODRIGUEZ-FLOREZ stated she has an immigration lawyer and made a phone call to him after being processed.

**ENTRY:**
Record checks reveal that RODRIGUEZ-FLOREZ entered the U.S. on March 10, 2021, at the Miami International Airport (Florida) from Bogota, Colombia with a valid B2 VISA for the dates of March 10, 2021 - March 23, 2021. This location was designated as a port of entry by the Attorney General or the Secretary of the Department of Homeland Security.

**IMMIGRATION HISTORY:**
Search indicates the following immigration records:
On May 06, 2019, RODRIGUEZ-FLOREZ was issued a Colombian passport valid through May 05, 2029.

On March 10, 2021, RODRIGUEZ-FLOREZ entered the country on a B2 VISA for the dates of March 10, 2021 - March 23, 2021. RODRIGUEZ-FLOREZ remained in country beyond the requested dates.

On September 09, 2021, RODRIGUEZ-FLOREZ's B2 VISA officially expired while she remained in the country without obtaining any paperwork allowing her to remain in the U.S.

On July 22, 2021, RODRIGUEZ-FLOREZ applied for an I-589 Asylum with USCIS. RODRIGUEZ-FLOREZ was marked eligible for an interview; however, the case is still pending. It does not appear that any further action has been taken regarding this matter.

On February 14, 2022, RODRIGUEZ-FLOREZ applied for an I-765 Work Authorization with USCIS. The application was approved on February 28, 2022, valid through February 27, 2024.

On March 08, 2024, RODRIGUEZ-FLOREZ applied for an I-765 Work Authorization with USCIS. The

| Signature | Title |
|---|---|
| ███████ | Deportation Officer |

3 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name | File Number | Date |
|---|---|---|
| RODRIGUEZ FLOREZ, ESTEFANY | 220 267 482<br>Event No: NSV2603000059 | 03/04/2026 |

application was approved on December 27, 2024, valid through December 26, 2029.

RODRIGUEZ-FLOREZ was issued a G-56 ICE Call-In Letter regarding her immigration status, advising her to report to the ERO Nashville office on January 26, 2026.

On January 21, 2026, RODRIGUEZ-Florez married a United States Citizen.

On January 26, 2026, due to extreme weather during this time, it is unknown if she attempted to report on this date, however, there is no record of her reporting any other date after. As stipulated in the G-56 - she did not send the letter back to ERO to indicate why she could not attend her appointment.

On January 26, 2026, (her ERO check in date) RODRIGUEZ-FLOREZ applied for an I-130 Petition with USCIS. This application is still pending.

On approximately February 11, 2026, ERO Nashville issued a G-56 ICE Call-In Letter regarding her immigration status. The letter was issued via mailing to her registered home address.

On February 23, 2026, an attorney reported on behalf of RODRIGUEZ-Florez and only presented an I-130 application to desk officers, stating his confusion regarding RODRIGUEZ-FLOREZ's case, the attorney withheld the G-56 call in letter and only presented applications, officers gave her a new report date of March 17, 2026.

On February 06, 2026, RODRIGUEZ-FLOREZ applied for an I-485 Application to Register Permanent Residence or Adjust Status. This application is still pending.

CRIMINAL HISTORY:
Search indicates the following criminal record:
No criminal history.

SQ-11/NN-13 records check for outstanding wants, warrants, and lookouts were negative.

HEALTH:
RODRIGUEZ-FLOREZ claims to be in good health.

MILITARY SERVICE:
RODRIGUEZ-FLOREZ claimed no membership in the United States military and stated that no immediate family member is now or was previously in the United States military.

TRAVEL DOCUMENT(S):
RODRIGUEZ-FLOREZ was in possession of a valid passport (AV828165) from Colombia.

GANG AFFILIATIONS:
RODRIGUEZ-FLOREZ claims no gang affiliation.

CREDIBLE/REASONABLE FEAR:
RODRIGUEZ-FLOREZ has a pending asylum application.

LIST OF LEGAL SERVICES:
On March 04, 2026, ERO NASHVILLE provided RODRIGUEZ-FLOREZ with an updated list of legal

| Signature | Title |
|---|---|
| ██████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name RODRIGUEZ FLOREZ, ESTEFANY | File Number 220 267 482 Event No: NSV2603000059 | Date 03/04/2026 |
|---|---|---|

services pursuant to 8 CFR 238.1(b)(2)(iv) and a copy of the ODLS privacy notice.

**CONSULAR NOTIFICATION:**
RODRIGUEZ-FLOREZ declined Consulate notification.

**PHONE CALL:**
On March 04, 2026, at approximately 0800 hours, RODRIGUEZ-FLOREZ was notified of her phone rights at the once processed at the Nashville Hold Room. RODRIGUEZ-FLOREZ stated she made a phone call to her husband prior to being served and was able to make another phone call to her lawyer after being served.

**PROPERTY/FUNDS:**
At the time of apprehension, RODRIGUEZ-FLOREZ funds remained in her property (I77: 5339122) and traveled with her to the Etowah Detention Facility.

**VOLUNTARY DEPARTURE (VD):**
RODRIGUEZ-FLOREZ declined a VD

**EXPEDITED REMOVAL (ER):**
RODRIGUEZ-FLOREZ is not subject to ER.

**STIPULATED REMOVAL (STIP):**
RODRIGUEZ-FLOREZ declined a STIP.

**DISPOSITION/ACTION:**
RODRIGUEZ-FLOREZ is amenable to the following Service action pursuant to Section 237(a)(1)(B) of the Immigration and Nationality Act, as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

ERO Nashville verified RODRIGUEZ-FLOREZ is not immediately eligible for adjustment of status.

**PROSECUTION DATA:**
ERO Nashville did not submit RODRIGUEZ-FLOREZ for (ARA) prosecution.

**OTHER IDENTIFYING NUMBERS**
-------------------------
ALIEN-220267482

| Signature ▮▮▮▮ ▮▮▮▮▮▮▮▮ | Title Deportation Officer |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)