# EXHIBIT C

Event No: NSV2603000059　　DEPARTMENT OF HOMELAND SECURITY　　FINS #:
Subject ID: █████████　　**NOTICE OF RIGHTS AND REQUEST FOR DISPOSITION**
　　　　ESTEFANY RODRIGUEZ FLOREZ
Name: _____　File No: 220 267 482

## NOTICE OF RIGHTS AND ADVISALS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing before a judge in Immigration Court, you may be detained, or you may be eligible to be released from detention, either with or without payment of bond.

You have the right to contact an attorney or other legal representative to represent you at your hearings, or to answer any questions regarding your legal rights in the United States. The officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

In the alternative, you may request to return to your country as soon as possible, without a hearing. If you choose to return to your country, you may lose the opportunity to apply for certain immigration benefits or forms of relief from removal that are only available to people present within the United States. If you choose to return to your country, you may change your mind and instead request a hearing before a judge in Immigration Court at any time before your departure from the United States. You should let an immigration officer know immediately if you change your mind.

If you have been in the United States without legal status for one year or more and choose to return to your country, you will be unable to legally return to the United States for ten years, unless you obtain a waiver. If you have been in the United States without legal status for more than 180 days but for less than one year and choose to return to your country, you will be unable to legally return to the United States for three years, unless you obtain a waiver. You may apply for a waiver only if you have a spouse or parent who is a U.S. citizen or lawful permanent resident.

## REQUEST FOR DISPOSITION

_____　I request a hearing before the Immigration Court to determine whether I may remain in the United States.
Initials

_____　I believe I face harm if I return to my country. My case will be referred to the Immigration Court for a hearing.
Initials

_____　I admit that I am illegally in the United States, and I do not believe that I face harm if I return to my country. I give up my right to a hearing before the Immigration Court. I wish to return to my country as soon as arrangements can be made to effect my departure. I understand that I may be held in detention until my departure.
Initials

_____　　_____
Signature of Subject　　　　　　　　　　Date

## CERTIFICATION OF SERVICE

[X] Notice read by subject.　ESTEFANY RODRIGUEZ FLOREZ
[ ] Notice read to subject by _____, in the SPANISH language.

_____█████████_____　　　　　　　　_____75♂9_____
　　Deportation Officer
Name of Officer (Print)　　　　　　　　　Name of Interpreter (Print)

_____█████████_____　　　　　　　　March 04, 2026 11:42 AM
Signature of Officer　　　　　　　　　　Date and Time of Service

DHS Form I-826 (9/14)　　　　　　　　　　　　　　　　　　　　Page 1 of 1