IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLORES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>Scott LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; ICE ENFORCEMENT & REMOVAL OPERATIONS, Nashville Field Office.<br><br>　　　　Respondent. | **Case No. 3:26-cv-00247**<br>**Judge Richardson** |

## PETITIONER'S MOTION TO CORRECT NAME OF PETITIONER

　　Petition respectfully moves to correct the spelling of her name. Her Petition accidentally spelled as surname as "Flores" when it should be "Florez."

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Michael C. Holley*
　　　　　　　　　　　　　　　　　Michael C. Holley
　　　　　　　　　　　　　　　　　Julio Colby
　　　　　　　　　　　　　　　　　TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
　　　　　　　　　　　　　　　　　3310 Ezell Road
　　　　　　　　　　　　　　　　　Nashville, TN 37211
　　　　　　　　　　　　　　　　　Phone: (615) 457-4768
　　　　　　　　　　　　　　　　　mike@tnimmigrant.org
　　　　　　　　　　　　　　　　　mholley@holleylegal.com
　　　　　　　　　　　　　　　　　julio@tnimmigrant.org

1

*/s/ Joel Coxander*
Joel Coxander
MIRA Legal
486 Bell Road, Suite B
Nashville, TN 37217

Counsel for Petitioner

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2026, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system and thereby electronically served it on Assistant United States Attorney Mercedes C. Maynor*,* United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

s/ *Michael C. Holley*
MICHAEL HOLLEY

2

Case 3:26-cv-00247   Document 11   Filed 03/06/26   Page 2 of 2 PageID #: 58