IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ,[1]  Petitioner,  v.  Scott LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; ICE ENFORCEMENT & REMOVAL OPERATIONS, Nashville Field Office,  Respondents. | CASE NO.: 3:26-cv-247  JUDGE RICHARDSON |

# ORDER

Pending before the Court is a petition for writ of habeas corpus (Doc. No. 1, "Petition"), styled as an "emergency" petition, pursuant to 28 U.S.C. § 2241. Via the Petition, Petitioner, Estefany Maria Rodriguez Flores seeks immediate release from custody of the ICE Enforcement & Removal Operations ("ERO") Nashville Field Office. (Doc. No. 1 at 1-2). Petitioner also requests that this Court order Respondents to show cause, pursuant to 28 U.S.C. § 2243, by Friday, March 6, 2026. (*Id*. at 2).

The Court recently issued an order directing the Government to file a preliminary response—and Petitioner to file a reply, thereafter—to provide the Court with additional information for consideration before requiring the Government to file a show-cause response,

---

[1] The Court herein granted Petitioner's motion (Doc. No. 11) to correct her name. (*See* Doc. No. 11 at 1). As such, the caption has been modified to reflect the correct spelling of Petitioner's name.

pursuant to 28 U.S.C. § 2243. The Court has reviewed the parties' preliminary-response briefing, and finds that show-cause briefing is necessary in this instance.

Therefore, Respondents are **DIRECTED** to file a show-cause response, pursuant 28 U.S.C. § 2243, by **11:59 p.m. (CST), Monday, March 9, 2026**.[2] Petitioner is **DIRECTED** to file a reply to Respondent's show-cause response by **11:59 p.m. (CST), Tuesday, March 10, 2026**. The Court may schedule a hearing to occur shortly after the conclusion of such briefing.

Additionally, as provided in a footnote herein, the Court **GRANTS** Petitioner's motion (Doc. No. 11) to correct the spelling of her name. Accordingly, the Clerk is **DIRECTED** to correct Petitioner's name on the docket.

**IT IS SO ORDERED.**

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[2] The date and time selected as the deadline for the Government's show-cause response was chosen because Monday is the end of the three-day window permitted under 28 U.S.C. § 2243, which applies absent a showing of good cause. *See* 28 U.S.C. § 2243 ("The writ [of habeas corpus], or order to show cause shall be…returned *within three days* unless for good cause additional time, not exceeding twenty days, is allowed.").