IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ,<br><br>Petitioner,<br><br>v.<br><br>Scott LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, *et al.*<br><br>Respondent. | **Case No. 3:26-cv-00247**<br>**Judge Richardson** |

## NOTICE OF FILING AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Fed. R. Civ. P. 15(a)(1), petitioner Estefany Maria Rodriguez Florez (Rodriguez) gives notice of filing her First Amended Petition, which, pursuant to Fed. R. Civ. P. 5(b)(2)(E), is being served by e-filing it contemporaneously. This is an amendment that she is making as a matter of course within the 21-day deadline. That Amended Petition adds two claims: one for retaliation in violation of the First Amendment, and one for violation of the Due Process Clause of the Fifth Amendment. It makes slight additions to the existing Fourth Amendment claim.

If the Court were to conclude that Rodriguez cannot amend her petition as a matter of course, she would, without waiving her initial position, *see Glazer v. Chase Home Fin. LLC*, 704 F.3d 453, 458 (6th Cir. 2013), respectfully move the Court to grant leave to file the Amended Petition. "The court should freely give leave [to file an amended pleading] when justice so requires." Fed. R. Civ. P. 15(a)(2). A court should grant such leave unless there is a valid reason

1

to deny it, such as undue delay, bad faith, or futility of the amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962). By seeking this amendment, Rodriguez is not acting in bad faith or with undue delay as it is based on fact gathering and legal research that could not be conducted in the extremely short window within which she needed to file her initial Petition in order to establish jurisdiction in this District, where counsel is capable of litigating the case. Nor is this amendment futile. Rodriguez was working as a journalist publicly criticizing ICE's practices in the months leading up to her arbitrary arrest and detention by ICE agents who were aware of her status as a *Nashville Noticias* journalist. She is protected from the First Amendment and Due Process Clause against such an arbitrary and fundamentally unfair deprivation of her physical liberty.

Respectfully submitted,

*/s/ Michael C. Holley*
Michael C. Holley
Julio Colby
TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
mholley@holleylegal.com
julio@tnimmigrant.org

*/s/ Joel Coxander*
Joel Coxander
MIRA Legal
486 Bell Road, Suite B
Nashville, TN 37217

Counsel for Petitioner

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2026, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to Assistant United States Attorney Mercedes C. Maynor, United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

s/ <u>*Michael C. Holley*</u><br>
MICHAEL C. HOLLEY