

Sign in

# Society of Professional Journalists

Improving and protecting journalism since 1909

**About   Join   Renew   Donate   Sign in   Foundation**

Resources/Missions   Explore SPJ   Careers   Shop   Contact Us

October 2, 2025

# SPJ condemns attacks on journalists covering ICE activity

**CONTACT:** SPJ Communications, **communications@spj.org**

---

The **Society of Professional Journalists** strongly condemns recent attacks by federal agents on journalists reporting on U.S. Immigration and Customs Enforcement activity and protests around the country.

"These shocking assaults reflect an alarming escalation in efforts by government officials to thwart journalists reporting on highly newsworthy events," said Emily Bloch, SPJ president. Her comments came as representatives of SPJ's chapters in New York City and Chicago forcefully denounced ongoing attacks on journalists.

In the past few days alone, ICE agents have subjected multiple journalists to abuse while covering immigration proceedings and demonstrations. On Sept. 30, **ICE agents got physical with journalists** covering immigration hearings at a New York City courthouse, sending Turkish journalist L. Vural Elibol to the hospital for head trauma after they pushed him to the ground.

Journalists in Chicago also reported abuse from the immigration officers over the weekend. On Sept. 26, **ICE agents shot journalists covering a demonstration** at the facility in Broadview, Illinois, with rubber projectiles and chemical agents. Agents also arrested reporter Steve Held, who was released later that night. The next day, **ICE agents shot a chemical weapon at reporter Asal Rezaei's car** while parked outside the Broadview facility on assignment, causing Rezaei to vomit and experience burning sensations.

"After seeing working Chicago journalists detained for hours and hit with tear gas and other chemical agents while doing their jobs covering ongoing protests, we condemn the targeting of journalists by federal agents," said Jeff Arnold, president of the Chicago Headline Club. "Journalists working to accurately report what is happening in their communities should not fear

**Case 3:26-cv-00247     Document 14-1     Filed 03/08/26     Page 2 of 6 PageID #: 80**

going to work despite the dangerous rhetoric coming from the Trump administration that is being directed at members of the press for reporting on what they encounter."

These actions from ICE agents are the latest incidents in the continuing trend of mistreatment and hostility toward journalists from the federal government.

"The efforts by the Trump Administration to police constitutionally guaranteed free speech and the activities of journalists have crossed a red line and entered a danger zone for democracy," The Deadline Club Board of Governors wrote in a statement on recent attacks on press freedom. "The threats and promised retaliation, even obstruction of the indispensable role our media play in providing free, fair and unchallenged windows on the world must not be allowed to proceed further. As the Framers of the Bill of Rights understood so deeply, freedom of speech and the press are prerequisites for a functioning democracy. The Deadline Club of New York deplores all such actions."

SPJ stands with Elibol, Held, Rezaei and other reporters doing their jobs.

"Each of these attacks is completely unacceptable and reflects serious infringement of both journalists' right to engage in protected press activity and the public's right to be informed about the government's actions," said SPJ Press Freedom Strategist Anne Marie Tamburro.

*SPJ champions journalists by recognizing outstanding achievement, fighting to protect press freedom, promoting high ethical standards and educating new generations of emerging professionals. Support excellent journalism and fight for your right to know.* **Become a member** *and* **give to the Legal Defense Fund**, **First Amendment Forever Fund** *or* **SPJ Foundation**.

-END-

Case 3:26-cv-00247     Document 14-1     Filed 03/08/26     Page 3 of 6 PageID #: 81

# Explore SPJ

Search SPJ 


Awards


Diversity & Inclusion


Ethics


Educators


Students


Freedom of Information


Freelancing


International Journalism


Chapters


Foundation


Jobs


Grants

## Society of Professional Journalists

P.O. Box 441748

Indianapolis, IN 46244

**Email**

**Legal**

**Policies**

**Contact SPJ Headquarters**

**Employment Opportunities**

**Advertise with SPJ**

## SPJ.org

**Resources/Missions**

Advocacy

Ethics

Freedom of Information

Diversity & Inclusion

Freelancing

Global Journalism

J-School Educators

J-School Students

**Explore SPJ**

Awards

SPJ News

Event Calendar

Chapters

Committees and Communities

Legal Defense Fund

Quill Magazine

SPJ Foundation

SPJ Toolbox

Tools for SPJ Leaders

Bylaws and Documentation

**Careers**

SPJ Career Center

Journalism Training

**Shop**

SPJ Store

Advertise with SPJ

**Contact Us**

SPJ Board of Directors

Foundation Board of Directors

Headquarters Staff

Local Chapters

Regional Coordinators

© 2026 Society of Professional Journalists. All rights reserved.

Powered by WordPress • SPJ2025 theme designed for SPJ by **BillyOK**

Case 3:26-cv-00247     Document 14-1     Filed 03/08/26     Page 6 of 6 PageID #: 84