

Press freedom is under attack worldwide. Your support is vital.                                                 ✕

SUPPORT RSF

VIOLENCE AGAINST JOURNALISTS   NEWS

# Attacks on journalists in Minnesota cap Trump's first year back in office



Photo: Pierre Lavie / @just1dudewithacamera

ORGANISATION:    RSF_en

**Federal agents and officials are increasingly targeting journalists in the state of Minnesota covering widespread protests against the government's sweeping immigration crackdown. At least six journalists have been violently attacked by agents in the state's twin cities of Minneapolis and St. Paul since the start of the new year. Federal officials have also threatened independent journalist Don Lemon with criminal charges for his reporting on a protest inside a church. The attacks cap Donald Trump's first year back in office, which has been defined by his explosive war on press freedom.**

On January 17, freelance photographer John Abernathy was documenting a protest outside the Whipple Federal Building in Minneapolis, a site of consistent protest against Immigration and Customs Enforcement (ICE). Federal agents began to push back protesters, and violently tackled and peppersprayed Abernathy before detaining him. One witness who wishes to remain anonymous told RSF that "they went straight for him" despite Abernathy being one of dozens of reporters present.

According to the witness interviewed by RSF, agents reportedly told Abernathy, who has worked with Getty Images, that he was targeted because they had video evidence of him dispersing bear spray at the protest, which the photographer flatly denied. When asked to produce the video, the agents demurred and released him. The witness told RSF that some time prior to his arrest, Abernathy had taken a can of bear spray away from a known agitator who was threatening protesters and disposed of it. The Department of Homeland Security (DHS) has not responded to RSF's request for comment.

Abernathy is the sixth confirmed journalist to be violently attacked by law enforcement while covering protests in Minnesota since January 9, 2026. The others, recorded by the US Press Freedom Tracker, a partner of RSF, are Whitney Wild (*CNN*), Jalyssa Dugrot (*Mintpress News*), JT Cestkowski (*Status Coup*), Jon Farina (*Status Coup*), and KingDemetrius Pendleton (*Listen Media*).

During the same weekend Abernathy was assaulted, independent journalist Don Lemon learned of a planned protest and followed the group to a church, where he livestreamed and interviewed both protestors and worshippers. The church's pastor is reportedly a senior ICE official. Lemon's videos caught the attention of far-right influencers, leading Harmeet Dhillon, Assistant Attorney General for Civil Rights, to threaten the journalist, saying, "He went into the facility, and then he began — quote, unquote — 'committing journalism,' as if that's sort of a shield from being a part, an embedded part, of a criminal conspiracy. It isn't." As of publication, no charges have been filed against Lemon.

*"Journalism is not a crime, but the Trump administration keeps treating it like one. An all too familiar pattern has developed: Widescale protests against this government's actions occur, and federal agents act violently and lawlessly towards the press recording them. The frequency and intensity of attacks by ICE and other federal agents on the news media are too consistent to be anything other than policy. This dramatic turn for the United States Department of Justice signals a dangerous new direction for the government — a heightened disrespect of the First Amendment and a troubling sign for American democracy."*

**Clayton Weimers**
Executive Director, RSF North America

In the past year, RSF has documented waves of violence against journalists during previous rounds of intense protests against the Trump Administration in Los Angeles and Chicago. These incidents fit a broader war on press freedom being waged by the White House, which has President Trump on track to join the ranks of the world's worst press freedom predators.

Published on 20.01.2026

| THE AMERICAS | United States | Violence against journalists | News |
| Denunciation | President | Photographer (Photojournalist) | Press freedom |
| Democracy | Politics | Attacks | Arbitrary detention | Judicial harassment |

Case 3:26-cv-00247     Document 14-2     Filed 03/08/26     Page 2 of 2 PageID #: 86