Screenshots of Reporting



















