IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA ) <br> RODRIGUEZ FLOREZ, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> Scott LADWIG, Field Office Director of ) <br> Enforcement and Removal Operations, ) <br> New Orleans Field Office, Immigration and ) <br> Customs Enforcement; ) <br> Kristi NOEM, Secretary, U.S. Department ) <br> of Homeland Security; ) <br> DEPARTMENT OF HOMELAND SECURITY; ) <br> ICE ENFORCEMENT & REMOVAL ) <br> OPERATIONS, Nashville Field Office, ) <br> ) <br>     Respondents. ) | CASE NO.: 3:26-cv-247 <br><br> JUDGE RICHARDSON |

**<u>ORDER</u>**

On March 8, 2026, Petitioner, Estefany Maria Rodriguez Florez, filed an amended petition for writ of habeas corpus (Doc. No. 14, "Amended Petition"). In addition to her allegation that Respondents violated Petitioner's rights under the Fourth Amendment, she now asserts via the Amended Petition that Respondents violated her rights under the First and Fifth Amendments. (Doc. No. 14 at 12-14). Petitioner still seeks immediate release from custody of the ICE Enforcement & Removal Operations ("ERO") Nashville Field Office, but she now also requests that this Court enjoin Respondents from taking any enforcement action against Petitioner, either by retaliating against her past speech or chilling her future speech. (Doc. No. 14 at 14).

On Friday, March 6, 2026, the Court issued an order (Doc. No. 12) directing the Government to file a show-cause response, pursuant 28 U.S.C. § 2243, by 11:59 p.m. (CST),

Monday, March 9, 2026, with Petitioner to file a reply to Respondent's show-cause response by 11:59 p.m. (CST), Tuesday, March 10, 2026. Considering the Amended Petition (which was filed after this Court's prior order (Doc. No. 12)), the Court finds it necessary—and appropriate—to allow additional time for the Government to file a show-cause response, addressing any issues raised via the preliminary-response briefing and the new allegations raised via the Amended Petition.[1]

Therefore, the Government is **DIRECTED** to file a show-cause response by close of business (5 p.m. CST) on Thursday, March 12, 2026. If Petitioner wishes to file a reply to the Government's show-cause response, she is **DIRECTED** to do so by close of business (5 p.m. CST) on Monday, March 16, 2026. Thereafter, pursuant to 28 U.S.C. § 2243, the parties will appear before the Court for a hearing on the show-cause briefing on March 17, 2026, at 1 p.m. CST.

**IT IS SO ORDERED.**

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] In its show-cause response, the Government should also make clear whether it concedes that the Amended Petition is properly before the Court, citing any procedural rule(s) that supports the Government's position.