# EXHIBIT 1

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
OAKDALE, LOUISIANA

IN THE MATTER OF

Estefany Maria RODRIGUEZ FLOREZ,

File No.

RESPONDENT

DETAINED

# PRE-NTA REQUEST FOR BOND HEARING

March 10, 11, 16 or 17, 2026

**Represented Herein By:**
**Joel Coxander**
**MIRA Legal**
**486 Bell Road Suite B**
**Nashville, TN 37217**
**(615) 307-6472**
**joel@mira.legal**
**TN BPR No. 033521**
**EOIR No. LH857575**

**Before Immigration Judge Not Assigned**      **Next Hearing: Not Set**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**OAKDALE, LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF: ] | |
| ] | |
| RODRIGUEZ FLOREZ, Estefany Maria, ] | FILE No. 220-267-482 |
| RESPONDENT ] | |
| IN REMOVAL PROCEEDINGS ] | |

**PRE-NTA REQUEST FOR BOND HEARING**

Comes now Respondent Maria Estefany RODRIGUEZ FLOREZ, by and through undersigned counsel, and hereby requests the Court to set a bond hearing to determine the amount of bond necessary to ensure Respondent's appearance and secure her release from custody. This is a Pre-NTA bond request because this case does not yet appear as docketed with EOIR. In support of this request, Respondent, through counsel, asserts the following:

1. Per the EOIR OCIJ Manual, Part II, 8.3 - Bond Proceedings (c) Requesting a Bond Hearing, Subsection (c) Requesting a Bond Hearing, (1) Contents:

"A request for a bond hearing should state:

- the full name and alien registration number ("A number") of the alien;
- the bond amount set by the DHS; and
- if the alien is detained, the location of the detention facility."

2. **Full name and A number**: Estefany Maria RODRIGUEZ FLOREZ,

3. **Bond amount set by the DHS**: DHS has declined to set a bond amount for Respondent at this time. DHS has not taken any steps to set a bond for Respondent.

4. **Location of the detention facility**: Respondent is currently being detained by the Department of Homeland Security at the Etowah County Jail in Gadsen, Alabama,

35901. She is in the process of being transferred to Louisiana under the jurisdiction of the Oakdale Immigration Court, which is the court with administrative control.

5. This court has jurisdiction over his custody as the court with administrative control. See 8 C.F.R. § 1003.19(c)(1).

6. A Notice to Appear is not available as it has not been provided to counsel. Counsel has requested the NTA from DHS and attempted to contact DHS by phone, but has thus far been unsuccessful in obtaining the NTA.

7. It is alleged that Respondent is a native and citizen of Colombia.

8. Counsel for Respondent respectfully requests the scheduling of a bond hearing. If pleases the court, counsel offers the dates on the front page of this motion which would not pose a conflict with counsel's schedule, namely March 10, 11, 16 or 17, 2026.

9. Respondent has not appeared for a bond redetermination hearing before an immigration judge.

10. If Respondent continues to be detained without an opportunity for a hearing in which she might demonstrate the appropriateness of setting a bond amount necessary to assure her appearance at future proceedings, she will suffer deprivation of liberty in being detained without cause. She will also be deprived of the ability to promptly and effectively prepare her defense to the charges against her.

11. A bond worksheet will be submitted by counsel for Respondent prior to the bond hearing.

Based on the foregoing, Respondent respectfully requests that the court set her a bond hearing to allow her to demonstrate that she should be released from custody upon the setting of a reasonable bond and payment thereof.

Respectfully Submitted on March 6, 2026,

_____
Joel Coxander
Attorney for Respondent
MIRA Legal
(615) 307-6472 (O)
joel@mira.legal
TN BPR #033521

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S IMMIGRATION COURT**
**OAKDALE, LOUISIANA**

IN THE MATTER OF: ]
]
RODRIGUEZ FLOREZ, Estefany Maria, ]   FILE No. 220-267-482
RESPONDENT ]
IN REMOVAL PROCEEDINGS ]

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of Respondent's <u>PRE-NTA REQUEST FOR BOND HEARING</u>, it is

HEREBY ORDERED that the motion be ☐ **GRANTED**   ☐ **DENIED** because:

- ☐ DHS does not oppose the motion.
- ☐ The respondent does not oppose the motion.
- ☐ A response to the motion has not been filed with the court.
- ☐ Good cause has been established for the motion.
- ☐ The court agrees with the reasons stated in the opposition to the motion.
- ☐ The motion is untimely per _____.
- ☐ Other:_____

Deadlines:

- ☐ The application(s) for relief must be filed by _____.
- ☐ The respondent must comply with DHS biometrics instructions by _____.

_____                    _____
Date                                                      Immigration Judge

**Certificate of Service**

This document was served by:    [ ] Mail    [ ] Personal Service
To:    [ ] Alien    [ ] Alien c/o Custodial Officer    [ ] Alien's Atty/Rep    [ ] DHS
Date: _____    By: Court Staff _____
Attachments:    [ ] EOIR-33    [ ] EOIR-28    [ ] Legal Services List    [ ] Other

EOIR 5 of 6

| IN THE MATTER OF: | ] | |
|---|---|---|
| | ] | |
| RODRIGUEZ FLOREZ, Estefany Maria, | ] | FILE No. 220-267-482 |
| RESPONDENT | ] | |
| IN REMOVAL PROCEEDINGS | ] | |

## CERTIFICATE OF SERVICE

On the date indicated below, I, Joel Coxander, served a copy of this <u>PRE-NTA REQUEST FOR BOND HEARING</u> and any attached pages to Trial Counsel at the following address: DHS ICE, Office of the Principal Legal Advisor-Oakdale, 1010 E. Whatley Road, Oakdale, LA 71463-1128 by:

- ☐ overnight courier
- ☐ hand-delivery
- ☐ first-class mail
- ☒ ICE e-service portal
- ☐ ECAS

Note: though filed through ECAS, it is filed as a pre-NTA-docketing motion for bond, so E-service ensures that DHS OPLA receives the motion promptly.

I declare under the penalty of perjury that the foregoing is true and correct.
Executed on:        03/06/2026

03/06/2026        *[signature]*
DATE        SIGNATURE