# EXHIBIT 3

```
                        IMMIGRATION COURT
                     1900 EAST WHATLEY ROAD
                        OAKDALE, LA  71463




MIRA Legal
Coxander, Joel Hugh
486 Bell Road, Suite B
Nashville, TN  37217


FILE:

RE:  RODRIGUEZ FLOREZ, ESTEFANY


NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS


PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE
IMMIGRATION COURT ON Mar 16, 2026 AT 09:00 A.M. AT THE FOLLOWING ADDRESS:

                        3843 E. STAGG AVE
                        BASILE, LA  70515

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY
AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS
BEFORE AN IMMIGRATION COURT.  IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY
OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.
```

```
_____
                       CERTIFICATION OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL [M]  PERSONAL SERVICE [P]  ELECTRONIC SERVICE [E]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [E] ALIEN's ATT/REP  [E ] DHS
DATE: _03/09/26___  BY: COURT STAFF _____LE_____
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____
```

```
                                                                  U7
```