IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ,<br><br>Petitioner,<br><br>v.<br><br>Scott LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, *et al.*<br><br>Respondent. | **Case No. 3:26-cv-00247**<br>**Judge Richardson**<br>**Magistrate Judge Holmes** |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.01(e)(1), the undersigned attorney, who is admitted to practice before this Court, gives notice of her appearance on behalf of Petitioner Estefany Maria Rodriguez Florez.

Respectfully submitted,

*/s/ Spring A. Miller*
Spring A. Miller
TN Bar No. 026485
TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
spring@tnimmigrant.org

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2026, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to Assistant United States Attorney Mercedes C. Maynor*,* United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

                                  s/ *Spring A. Miller*
                                  Spring A. Miller