# Affidavit of Alejandro Medina III Regarding ICE Appointments, Arrest, and Detention

I, Alejandro Medina III, voluntarily swear and affirm under penalty of perjury that the following is true and accurate to the best of my knowledge and recollection in accordance with 28 U.S.C. §1746. Unless otherwise specified, these statements are based upon my personal knowledge:

My wife Estefany and I started wedding planning around November last year. On December 7, 2025, we booked the venue for our wedding, which we set on January 21, 2026.

I am a US citizen born in Texas. My wife is Estefany Rodriguez Florez who was arrested by ICE on March 4, 2026, for ignoring ICE interview notices by not going to the interview, but ICE is wrong. She didn't ignore them. She couldn't go to the first one because everything was closed for the ice storm, and for the second one an ICE officer said that appointment didn't even exist!

In early January 2026, Estefany received an interview letter from ICE. It said to go to the Nashville ICE office on Monday, January 26. From the moment that we received the first letter from ICE with an ICE interview date, we were preparing for her to go and possibly get arrested. We went ahead with our wedding planning and also hired an immigration attorney. We hired the immigration attorney Joel Coxander for our sponsorship case and to help Estefany with the ICE interview. She never considered not going to the interview.

On January 21, 22, and 23, we met with our immigration attorney to work on both cases and gave him evidence for the sponsorship and for the ICE appointment. His co-attorney Caleb Mundy was going to go with us to the ICE appointment on January 26. Attorney Coxander told us that it was likely that Estefany would be detained, but that we needed to go. We hoped that with some marriage evidence and proof that she is a good person that ICE would not arrest her, On Friday, January 23, I finalized and approved the I-130 petitions for my wife and stepdaughter. Attorney Coxander paid for them to submit on January 26.

Over the weekend, a big ice storm and snow storm came through Nashville. It shut the city down and made the roads really dangerous. Over the weekend, attorney Coxander informed us that the ICE office might close. Estefany was really worried about missing the appointment. On the 25th, I emailed attorney Coxander asking about the ICE appointment because Estefany was concerned about missing it. On the morning of January 26, the roads were terrible and Attorney Coxander told us that the ICE office was closed and so we could not even go to our appointment. He said that when the ICE office gets closed, they usually reschedule and send a new letter, or tells everyone scheduled that day when to come. Our plan was that if we didn't get a new ICE letter from ICE after a few weeks, the attorney was going to contact ICE about the missed appointment and figure out what she needed do.

Estefany got a new ICE letter dated February 10. It said she should come into ICE on February 25, 2026. Since we had more time to prepare for this appointment, we gave our attorney all the documents for a bond motion. Two days before her appt, Monday February 23, Co-Council Mundy and I went to the ICE office to discuss Estefany's upcoming interview.

My trip to ICE with attorney Mundy was surprising. The ICE officer looked at the February 25 appointment letter and looked up Estefany in their system and said that she had no appointment in their system. He said that the January 26 appointment also wasn't in their system. He spoke to another officer, then told us again that she was not in the system. After he reiterated that multiple times, we went outside and discussed it. In order to be totally sure about the February 25 appointment, we went back inside to talk to the officer again. Attorney Mundy asked the officer again if Estefany had to go to ICE on Wednesday and said that she would not miss the appointment if she had to go, so if she really did not have to go to ICE on Wednesday, we needed to be really sure. The officer responded that she did not have an appointment with ICE on Wednesday, February 25 and for her to instead come on March 17, 2026. He said to bring her documents then and that they would resolve the confusion at the March 17 appointment. He gave us a form that said "Order of Supervision" and listed that on February 23, 2026, he had assigned her to report to the ICE office on March 17, 2026. The officer also asked for attorney Mundy's copy of the February 25 letter, which attorney Mundy gave him.

Estefany did not go to ICE on February 25 only because the ICE officer was definite and gave Estefany a new date to come. Attorney Coxander told her that since she had no appointment she did not have to go that day, but that she did have to go March 17.

On the morning of March 4, 2026, I was driving with Estefany after dropping off her daughter at the school bus. We were outside of the crunch fitness gym when several ICE officers surrounded our car. An ICE Officer came to the passenger side widow where my wife was seated and demanded she step out the vehicle and my wife followed orders and stepped out. I remained seated on the driver side as another officer asked me to roll down my Window. The ICE officer knew all about her and knew I was a US Citizen, knew she was my wife and knew she has a green card application filed. He said that they sent us two interview notices that she didn't attend when she was supposed too. I told the ICE Agent the office was closed and there was obviously a snow storm on January 26, 2026. The second appt was a reschedule. She didn't go on Wednesday Feb 25, 2026 because Co-council Mundy and I had gone on the Monday Feb 23, 2026, before the appointment and they said it wasn't in their system. I told him we had proof that we went with her lawyer on Monday and that the ICE officer there said that she didn't have a Wednesday appointment and gave her a different appointment date for the 17th. Another ICE agent responded that after the snow storm, she should have gone to ICE once the weather cleared up. But the letter didn't say that. It didn't say that if there's bad weather that closes up the roads and government offices you're just supposed to show up at ICE at any time. And it was rescheduled. It was crazy that they rescheduled it, but then also faulted her for not just walking into the ICE office some random day later without being told to.

Estefany was trying to follow the rules. She did follow the rules! We expected she could be arrested at her ICE appointment and we were ready with bond evidence and everything. She had accepted that and that if she was arrested and moved to Louisiana, she would do all the things required to get out and to continue to fight her case. She is not going to flee anywhere. Her family is here. She is going to continue to do things right.

After she was arrested, she got moved to Etowah in Alabama and she wasn't treated well. We put money on her account, but the calling PIN that they gave her never worked and they never fixed

it even though she asked, so she only ever got to tell me little things when another inmate would call me from their account, and those calls were really short. She was supposed to go straight to Louisiana the next day I think, but she got head lice there and so they put her in an isolated place by herself. She never got to talk to her attorneys. On one occasion she mentioned being prepped for transport and being sprayed with disinfectant in her face and all over just to be told they had missed transport. She was stuck there until March 12 when she finally got moved to Louisiana.

I declare under penalty of perjury that this is true and correct to the best of my knowledge.

_____     _____3/13/26_____
Signature of Sponsor                 Date