IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ, <br><br> Petitioner, <br><br> v. <br><br> Scott LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, *et al.* <br><br> Respondent. | Case No. 3:26-cv-00247 <br> Judge Richardson |

## PETITIONER'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Petitioner Estefany Maria Rodriguez Florez respectfully moves the Court to file a reply longer than five pages. *See* Local Rule 7.01(a)(4). This case presents complex and important constitutional issues with the Petitioner's physical liberty at stake, and the Respondents have raised several procedural defenses that Petitioner must address thoroughly. For these reasons, Petitioner respectfully asks that the Court accept her brief in excess of the page limit.

1

Respectfully submitted,

*/s/ Michael C. Holley*
Michael C. Holley
Julio Colby
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS
COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
mholley@holleylegal.com
julio@tnimmigrant.org
spring@tnimmigrant.org

*/s/ Joel Coxander*
Joel Coxander
MIRA Legal
486 Bell Road, Suite B
Nashville, TN 37217

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to Assistant United States Attorney Mercedes C. Maynor, United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY