This motion (Doc. No. 21) is **GRANTED**. The Government shall have until 11 a.m. on March 17, 2026, to file a sur-reply. **IT IS SO ORDERED.** *Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ,<br><br>Petitioner,<br><br>v.<br><br>Scott LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, *et al.*<br><br>Respondent. | Case No. 3:26-cv-00247<br>Judge Richardson |

## PETITIONER'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Petitioner Estefany Maria Rodriguez Florez respectfully moves the Court to file a reply longer than five pages. *See* Local Rule 7.01(a)(4). This case presents complex and important constitutional issues with the Petitioner's physical liberty at stake, and the Respondents have raised several procedural defenses that Petitioner must address thoroughly. For these reasons, Petitioner respectfully asks that the Court accept her brief in excess of the page limit.

1