# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

ESTEFANY MARIA RODRIGUEZ FLOREZ,

Petitioner,

v.

SCOTT LADWIG, et al.,

Respondents.

No. 3:26-cv-00247

## MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, NATIONAL ASSOCIATION OF HISPANIC JOURNALISTS, COMMITTEE TO PROTECT JOURNALISTS, NATIONAL PRESS CLUB JOURNALISM INSTITUTE, FOREIGN PRESS ASSOCIATION USA, AND INTERNATIONAL WOMEN'S MEDIA FOUNDATION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PETITIONER

Proposed amici curiae the Reporters Committee for Freedom of the Press ("Reporters Committee"), National Association of Hispanic Journalists, Committee to Protect Journalists, National Press Club Journalism Institute, Foreign Press Association of the United States, and International Women's Media Foundation (together, "amici") respectfully move for leave to file the accompanying amicus curiae brief in support of Petitioner.

Counsel for Petitioner consents to this filing. Pursuant to Local Rule 7.01(a), counsel for amici reached out to counsel for Respondents twice via email on March 16, 2026 and once by phone, seeking their position on the instant motion for leave. As of this filing, counsel for Respondents has not responded.

"Participation as an amicus is 'a privilege within the sound discretion of the courts,'" *Newcomb v. Allergy & ENT Assocs. of Middle Tennessee, P.C.*, No. 3:10-CV-1230, 2013 WL

3976627, at *1 (M.D. Tenn. Aug. 2, 2013) (quoting *United States v. State of Mich.*, 940 F.2d 143, 165 (6th Cir. 1991)), and is appropriate "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* (quoting *Ryan v. Commodity Futures Trading Comm'n,* 125 F.3d 1062, 1063 (7th Cir.1997)).

Such is the case here. Lead amicus the Reporters Committee is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide *pro bono* legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists both nationally and in Tennessee, where it has full-time counsel resident in the state through its Local Legal Initiative. The Reporters Committee regularly files as amicus in cases involving issues relating to the ability of the press to gather and publish news, and it has filed in several recent matters involving habeas relief for non-citizens that implicate press freedom. *See* Br. of Amici Curiae Reporters Comm. for Freedom of the Press, et al., *Ozturk v. Trump*, No. 25-1019 (2d Cir. Aug. 25, 2025); Br. of Amici Curiae Reporters Comm. for Freedom of the Press, *Guevara v. Warden, Folkston ICE Processing Ctr.*, No. 5:25-cv-86-LGW-BWC (S.D. Ga. Sept. 4, 2025); *see also* Br. of Amici Curiae Reporters Comm. for Freedom of the Press, et al., *Stanford Daily v. Rubio*, No. 5:25-cv-06618-NW (N.D. Cal. Oct. 15, 2025).

The National Association of Hispanic Journalists ("NAHJ") is dedicated to the recognition and professional advancement of Hispanics in the news industry. Established in April 1984, NAHJ created a national voice and unified vision for all Hispanic journalists.

The Committee to Protect Journalists ("CPJ") is an independent, nonprofit organization that promotes press freedom worldwide. It defends the right of journalists to report the news

without fear of reprisal. CPJ is made up of about 40 experts around the world, with headquarters in New York City. A board of prominent journalists from around the world helps guide CPJ's activities.

The National Press Club Journalism Institute is the non-profit affiliate of the National Press Club, founded to advance journalistic excellence for a transparent society. A free and independent press is the cornerstone of public life, empowering engaged citizens to shape democracy. The Institute promotes and defends press freedom worldwide, while training journalists in best practices, professional standards and ethical conduct to foster credibility and integrity.

The International Women's Media Foundation ("IWMF") is the only global organization built to serve the holistic needs of women and nonbinary journalists. We are a bold and inclusive organization that supports journalists where they are with awards, reporting opportunities, fellowships, grants, safety training and emergency aid. As one of the largest supporters of women-produced journalism, our transformative work strengthens equal opportunity and press freedom worldwide.

The Foreign Press Association has represented journalists working in the United States for international news outlets for over a century, since its foundation in 1919.

As organizations that advocate for the First Amendment and newsgathering rights of members of the news media, amici have a strong interest in ensuring that the Immigration and Nationality Act ("INA"), 8 U.S.C. §§ 1101 *et seq.*, is not interpreted and enforced in a manner that hinders or dissuades the press from gathering and reporting the news. The accompanying brief includes information that amici believe will aid the Court in its decisional process, including information about the broader ramifications of retaliatory arrests and detentions of reporters, which

3

will be felt beyond the parties to this case, and the importance of habeas relief in such cases to vindicate core First Amendment rights.

For these reasons, amici respectfully request that this motion be granted, and the brief be accepted for filing.

Dated: March 16, 2026

Respectfully submitted,

*/s/ Paul McAdoo*
Paul McAdoo, BPR No. 34066
 *Counsel of record for amici curiae*
Lisa Zycherman*
Gabriel Rottman*
Mara Gassmann*
Allyson Veile*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
6688 Nolensville Rd. Suite 108-20
Brentwood, TN 37027
Phone: 615.823.3633
Fax: 202.795.9310
pmcadoo@rcfp.org

*Of Counsel*

4