IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ESTEFANY MARIA RODRIGUEZ FLOREZ,    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )   Case No. 3:26-cv-00247
Scott LADWIG, Field Office Director of    )   Judge Richardson
Enforcement and Removal Operations, New   )   Magistrate Judge Holmes
Orleans Field Office, Immigration and     )
Customs Enforcement; Kristi NOEM,         )
Secretary, U.S. Department of Homeland    )
Security; DEPARTMENT OF HOMELAND          )
SECURITY; ICE ENFORCEMENT &               )
REMOVAL OPERATIONS, Nashville Field       )
Office.,                                  )
                                    )
            Defendants.             )

### **RESPONDENTS' MOTION TO DISMISS**

The Respondents, by and through the United States Attorney, and the undersigned Assistant United States Attorney, hereby move to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and, alternatively, for a failure to state a claim pursuant to 12(b)(6).

Petitioner, on March 4, 2026, filed her original Petition that included in the heading "Emergency," and alleged that she was taken into custody without a warrant. (D.E. 1). On March 8, 2026, she filed a First Amended Petition For Writ of Habeas Corpus and added a First Amendment violation claim. (D.E. 14). In her Amended Complaint, she asks this Court to issue a Writ of Habeas Corpus for immediate release and enjoin Respondents from taking any enforcement action against her. Petitioner claims that Respondent's arrest and detention violate her First, Fourth and Fifth Amendment Rights.

Respondents submit that Petitioner was arrested pursuant to a valid arrest warrant and was lawfully detained as is set forth in detail in Respondent's Show Cause Response. (D.E. 18).

However, the Court should dismiss Petitioner's Amended Petition for two reasons. First, the Court lacks subject matter jurisdiction under Rule 12(b)(1) because there is no case or controversy under Article III as the case is now moot or otherwise not redressable.

Second, the Amended Petition fails to state a claim pursuant to Rule 12(b)(6). Petitioner's Amended Petition has not alleged facts sufficient to state a plausible claim for relief because the issues raised in this instant Amended Petition are not properly before this Court. Thus, even if jurisdiction over Petitioner's claims were proper, the Amended Petition should nonetheless be dismissed under Rule 12(b)(6).

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

By: s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, B.P.R. # 013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, a copy of the foregoing was filed electronically.

A copy will be sent to the following, if registered, by operation of the Court's electronic filing

system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to

the following:

| Joel Hugh Coxander<br>MIRA Legal<br>486 Bell Road, Suite B<br>Nashville, TN 37217 | Julio Quiroz Colby<br>Spring A. Miller<br>Tennessee Immigrant & Refugee<br>Rights Coalition<br>3310 Ezell Road<br>Nashville, TN 37211 |
| --- | --- |
| Michael C Holley<br>The Law Office of Michael C.<br>Holley<br>922 Main Street, Suite C-161<br>Nashville, TN 37206 | |

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney