# EXHIBIT A



# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## OAKDALE IMMIGRATION COURT

| | |
|---|---|
| Respondent Name:<br><br>RODRIGUEZ FLOREZ, ESTEFANY<br><br>To:<br><br>Coxander, Joel Hugh<br>486 Bell Road, Suite B<br>Nashville, TN 37217 | A-Number:<br><br>Riders:<br>In Custody Redetermination Proceedings<br><br>Date:<br>03/16/2026 |

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

> Board of Immigration Appeals
> Office of the Clerk
> P.O. Box 8530
> Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

> Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☑ Other:

Bond Order

Date: 03/16/2026

Immigration Judge: Goodman, Cynthia 03/16/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : RODRIGUEZ FLOREZ, ESTEFANY | A-Number : 220-267-482

Riders:

Date: 03/16/2026 By: Etter, Lauren, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OAKDALE IMMIGRATION COURT**

Respondent Name:

RODRIGUEZ FLOREZ, ESTEFANY

To:

Coxander, Joel Hugh
486 Bell Road, Suite B
Nashville, TN 37217

A-Number:

Riders:
In Custody Redetermination Proceedings

Date:
03/16/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☑ released from custody under bond of $ 10,000.00
    ☐ other:

☐ Other:

Immigration Judge: Goodman, Cynthia 03/16/2026

Appeal: Department of Homeland Security: ☐ waived ☑ reserved
Respondent: ☑ waived ☐ reserved
Appeal Due: 04/15/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : RODRIGUEZ FLOREZ, ESTEFANY | A-Number : 220-267-482

Riders:

Date: 03/16/2026 By: Etter, Lauren, Court Staff