UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ESTEFANY MARIA ) 
RODRIGUEZ FLOREZ, ) 
 ) Civil Case No. 3:26-cv-00247
        Petitioner, ) JUDGE RICHARDSON
 ) 
v. ) 
 ) 
SCOTT LADWIG, ET AL., ) 
 ) 
        Respondents. ) 

## ORDER

A status conference call is scheduled for **March 18, 2026, at 4:00 p.m.**

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273, followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE