IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ, <br><br> Petitioner, <br><br> v. <br><br> Scott LADWIG, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; ICE ENFORCEMENT & REMOVAL OPERATIONS, Nashville Field Office, <br><br> Respondents. | ) ) ) ) ) ) ) ) CASE NO.: 3:26-cv-247 ) ) JUDGE RICHARDSON ) ) ) ) ) ) ) ) ) ) ) |

## **ORDER**

The Court held a telephonic status conference with the parties on March 18, 2026. During the status conference, Petitioner presented what was in effect an unopposed oral motion to substitute parties in a particular manner.[1] As noted by the Court during the status conference, such oral motion is granted, and accordingly, consistent with the specified manner of substitution, all persons and agencies previously identified as a Respondent in this action are replaced with a sole respondent: "Christopher Bullock, in his official capacity as Director of Enforcement and Removal Operations for the New Orleans Office of Immigration and Customs Enforcement." The Clerk

---

[1] Some of the filings in this case have used the term "Defendants" rather than "Respondents." Because this is a habeas corpus action under 28 U.S.C. § 2241, the more precise designation here is "Respondent" rather than "Defendant," and all future filings should so reflect. For the same reason, the more precise designation of the claimant is "Petitioner" rather than "Plaintiff," and all future filings should likewise so reflect. The Court notes that the Court's electronic docket page already so reflects.

SHALL, in addition to making the changes reflected in the footnote herein, TERMINATE all persons and agencies, other than Christopher Bullock, as Respondents in this matter.

Also, during the Court's telephonic status conference with the parties on March 18, 2026, Petitioner presented what was in effect an unopposed oral motion for the issuance of an amended summons under Rule 4(a)(2) of the Federal Rules of Civil Procedure. As noted by the Court during the status conference, such oral motion is granted, and accordingly, the Clerk SHALL ISSUE a summons to "Christopher Bullock, in his official capacity as Director of Enforcement and Removal Operations for the New Orleans Office of Immigration and Customs Enforcement" if and when presented with such a summons by counsel for Petitioner.

Additionally, with respect to further briefing on the Government's pending motion to dismiss (Doc. No. 25) and with respect to providing updates to the Court regarding Petitioner's release status, the parties are instructed to proceed consistent with the Court's directives stated during the telephonic status conference.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE