| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:26-cv-00247 |
| Scott LADWIG, Field Office Director of | ) Judge Richardson |
| Enforcement and Removal Operations, New | ) Magistrate Judge Holmes |
| Orleans Field Office, Immigration and | ) |
| Customs Enforcement; Kristi NOEM, | ) |
| Secretary, U.S. Department of Homeland | ) |
| Security; DEPARTMENT OF HOMELAND | ) |
| SECURITY; ICE ENFORCEMENT & | ) |
| REMOVAL OPERATIONS, Nashville Field | ) |
| Office.[1], | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties, by and through the undersigned counsel, pursuant to the telephone conference held on March 18, 2026, the parties provide notice that an Obligor was approved today for the Petitioner to be released while on bond. At the time of this filing, Respondents' record reflects Petitioner remains in custody due to outtake processing but is in the process of being released. With the Court's approval, the parties will provide an updated Status Report on Friday, March 20, 2026, regarding Petitioner's release status.

This 19th day of March 2026.

// 

[*signatures on next page*]

---

[1]Per the Court's Order (D.E. 28), Christopher Bullock is substituted as the Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, and all other Respondents are terminated.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov
*Counsel for Respondents*


s/ Michael C. Holley
MICHAEL C. HOLLEY
The Law Office of Michael C. Holley
922 Main Street, Suite C-161
Nashville, TN 37206
Telephone: (615) 457-4768
mholley@holleylegal.com
*Counsel for Petitioner*

2