| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ,<br><br>       Petitioner,<br><br>      v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, *et al.*<br><br>       Respondent. | Case No. 3:26-cv-00247<br>Judge Richardson |

### **CORRECTED PETITIONER'S NOTICE REGARDING HER RELEASE ON BOND**

Undersigned counsel respectfully gives notice that, yesterday evening, shortly after the joint notice was filed, the petitioner was released from immigration custody on $10,000 bond, and an ICE official notified her that she and her obligor would both receive a notice in the mail directing her to come to the ICE field office for her first check-in, and that at that time they would notify her about the subsequent check-in. ICE retained her Colombian passport, her REAL ID, and her work permit and is requiring her to make a certain request to try to recover them.

Counsel has presented this Notice to AUSA Mercedes Maynor, who stated she can confirm only that Ms. Rodriguez was released on $10,000 and that ICE retained her Colombian passport. Counsel advised Ms. Maynor that he would file this Notice and that she could, of course, file a separate notice.

1

Respectfully submitted,

/s/ Michael C. Holley
Michael C. Holley
Julio Colby
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS
COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
mholley@holleylegal.com
julio@tnimmigrant.org
spring@tnimmigrant.org

/s/ Joel Coxander
Joel Coxander
MIRA Legal
486 Bell Road, Suite B
Nashville, TN 37217

Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to Assistant United States Attorney Mercedes C. Maynor, United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

s/ Michael C. Holley
Michael C. Holley

2