IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ESTEFANY MARIA RODRIGUEZ FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cv-00247 |
| Scott LADWIG, Field Office Director of | ) | Judge Richardson |
| Enforcement and Removal Operations, New | ) | Magistrate Judge Holmes |
| Orleans Field Office, Immigration and | ) | |
| Customs Enforcement; Kristi NOEM, | ) | |
| Secretary, U.S. Department of Homeland | ) | |
| Security; DEPARTMENT OF HOMELAND | ) | |
| SECURITY; ICE ENFORCEMENT & | ) | |
| REMOVAL OPERATIONS, Nashville Field | ) | |
| Office,[1] | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONDENTS' UPDATED STATUS REPORT

Respondents, by and through the undersigned counsel, state as updated notice to the Court

that Petitioner was released from custody yesterday, March 19, 2026, on $10,000 bond.  Further,

the undersigned states that Immigration and Customs Enforcement ("ICE") officials retained her

Colombian passport, pursuant to ICE policy.  No additional release conditions were imposed.

//

//

//

//

[*signature on next page*]

---

[1]Per the Court's Order (D.E. 28), Christopher Bullock is substituted as the Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, ICE, and all other Respondents are terminated.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov
*Counsel for Respondents*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 20, 2026, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Joel Hugh Coxander<br>MIRA Legal<br>486 Bell Road, Suite B<br>Nashville, TN 37217 | Julio Quiroz Colby<br>Tennessee Immigrant & Refugee Rights Coalition<br>3310 Ezell Road<br>Nashville, TN 37211 |
| Michael C. Holley<br>The Law Office of Michael C. Holley<br>922 Main Street, Suite C-161<br>Nashville, TN 37206 | |

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney