IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:26-cv-00247 |
| Scott LADWIG, Field Office Director of | ) Judge Richardson |
| Enforcement and Removal Operations, New | ) Magistrate Judge Holmes |
| Orleans Field Office, Immigration and | ) |
| Customs Enforcement; Kristi NOEM, | ) |
| Secretary, U.S. Department of Homeland | ) |
| Security; DEPARTMENT OF HOMELAND | ) |
| SECURITY; ICE ENFORCEMENT & | ) |
| REMOVAL OPERATIONS, Nashville Field | ) |
| Office,[1] | ) |
| | ) |
| Defendants. | ) |

## RESPONDENTS' OPPOSITION TO MOTION
## FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PETITIONER

Respondents, by and through the United States Attorney, and the undersigned Assistant United States Attorney, hereby submit this response in Opposition to the Motion for Leave to File Amici Curiae Brief in Support of Petitioner. (D.E. 23).

Respondents submit that the Motion for Leave to File Amici Curiae Brief should be denied because (1) the proposed amicus brief is not relevant to the dispositive issues in Petitioner's habeas corpus petition; and (2) to the extent it does discuss relevant issues, it merely restates the Petitioner's argument as already submitted in its filings.

Generally, amicus curiae briefs are appropriate in three situations:

---

[1] Per the Court's Order (D.E. 28), Christopher Bullock is substituted as the Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, ICE, and all other Respondents are terminated.

"[(1) ]when a party is not represented competently or is not represented at all, [(2)] when the amicus has an interest in some other case that may be affected by the decision in the present case (though not enough affected to entitle the amicus to intervene and become a party in the present case), or [(3)] when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."

*Newcomb v. Allergy & ENT Assocs. of Middle Tennessee, P.C.*, No. 3:10-CV-1230, 2013 WL 3976627, at *2 (M.D. Tenn. Aug. 2, 2013) (quoting *Ryan v. Commodity Figures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997).

Whether to participate as an amicus is within the sound discretion of the courts. *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991). However, Respondents submit that because none of the above exists in this instant case that warrants the filing of this amicus brief, the Motion for Leave to File Amici Curiae Brief in Support of Petitioner should be denied.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 20, 2026, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Joel Hugh Coxander<br>MIRA Legal<br>486 Bell Road, Suite B<br>Nashville, TN 37217 | Julio Quiroz Colby<br>Tennessee Immigrant & Refugee Rights Coalition<br>3310 Ezell Road<br>Nashville, TN 37211 |
| Michael C Holley<br>The Law Office of Michael C. Holley<br>922 Main Street, Suite C-161<br>Nashville, TN 37206 | |

<u>s/ Mercedes C. Maynor</u>
MERCEDES C. MAYNOR
Assistant United States Attorney

3