IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement.<br><br>        Respondent. | Case No. 3:26-cv-00247<br>Judge Richardson |

## PETITIONER'S NOTICE OF FILING PROOF OF SERVICE

Petitioner, through counsel, respectfully submits the attached Declaration of Julio Colby as proof that service of process has been effectuated on Respondent Christopher Bullock, in the above-captioned matter.

1

Respectfully submitted,

/s/ *Julio Colby*
Julio Colby
Michael C. Holley
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS
COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
julio@tnimmigrant.org
mike@tnimmigrant.org
mholley@holleylegal.com
spring@tnimmigrant.org

/s/ *Joel Coxander*
Joel Coxander
MIRA Legal
486 Bell Road, Suite B
Nashville, TN 37217

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to Assistant United States Attorney Mercedes C. Maynor, United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

s/ *Julio Colby*
JULIO COLBY

2