IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER BULLOCK, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement. <br><br> Respondent. | Case No. 3:26-cv-00247 <br> Judge Richardson |

## **DECLARATION OF JULIO COLBY**

I, Julio Colby, declare and state as follows:

1.      I am over the age of 18, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. Although I am a lawyer employed by the organization representing Petitioner, I am not a party to this lawsuit within the meaning of Fed. R. Civ. P. 4. *See* 1 Moore's Federal Practice – Civil § 4.70 (2025).

2.      My business address is 3310 Ezell Road, Nashville, Tennessee 37211.

3.      On March 20, 2026, I mailed a copy of the Complaint and Summons in the above-captioned case to the Respondent via Registered U.S. Mail, postage prepaid, addressed as follows and with the following tracking number:

Christopher Bullock, Field Office Director of ERO, New Orleans Field Office, 181 James Drive W, St. Rose, LA 70087. No. 9589071052702613861105.

1

4.      According to online tracking from the U.S. Postal Service, attached hereto, the Summons and Complaint has been delivered to the Respondent.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2026

JULIO COLBY

**ALERT: AN UNEXPECTED INCIDENT AT THE LA GUARDIA AIRPORT IN EAST ELMHURST, NY A…**

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052702613861105

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:00 pm on March 23, 2026 in SAINT ROSE, LA 70087.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

SAINT ROSE, LA 70087
March 23, 2026, 12:00 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Case 3:26-cv-00247     Document 36-1     Filed 03/24/26     Page 3 of 4 PageID #: 241

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs