| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER BULLOCK, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement. <br><br> Respondent. | Case No. 3:26-cv-00247 <br> Judge Richardson |

## PETITIONER'S INTERROGATORIES
## DIRECTED TO RESPONDENTS

PLEASE TAKE NOTICE that, pursuant to Rule 33 of the Federal Rules of Civil

Procedure, Rule 33.01 of the Local Civil Rules for the Middle District of Tennessee, and Rule 6

of the Rules Governing Section 2254 Cases in the United States District Courts, Petitioner

Estefany Rodriguez ("Petitioner"), by and through her undersigned counsel hereby requests that

Respondent Christopher Bullock ("Respondent") answer the following interrogatories (the

"Interrogatories" and each individually an "Interrogatory") under oath and serve the answers

within twenty-one (21) days of service of this request.

## INSTRUCTIONS

1.  The instructions provided in Local Rule 33.01 are incorporated by reference.

2.  Whenever an Interrogatory asks for the identity of an individual, please set forth

the following information:

1

a. The individual's name;

b. The individual's title or occupation;

c. The individual's present or last known residential address; and

d. The individual's present or last known business address.

3. In answering these Interrogatories, Respondents are required to furnish all information known or available to them, regardless of whether this information is possessed by Respondents or by their agents, employees, representatives, investigators, or by their attorneys or other persons who have acted on their behalf, or by any corporation, partnership, or other legal entity.

4. If any of these Interrogatories cannot be answered in full, after exercising due diligence to secure the information to do so, answer to the extent possible, specifying the reasons for Respondents' inability to answer the remainder and stating whatever information, knowledge, or belief Respondents have concerning the unanswered portion. In addition, specify the person or persons Respondents have reason to believe may have the information and/or knowledge to answer such interrogatory or any part thereof.

5. The Interrogatories are continuing in nature. If, after answering these Interrogatories, Respondents obtain or become aware of further information responsive to these Interrogatories, Respondents are required to provide a supplemental interrogatory answer.

6. State whether the information furnished is within the personal knowledge of Respondents and, if not, the name of each person to whom the information is a matter of personal knowledge.

7. If Respondents believe that an Interrogatory seeks privileged information, state the grounds for the privilege assertion in sufficient detail to enable Petitioner to challenge your

2

claim.

8. If Respondents object to any portion of any Interrogatory herein, identify the portion of the Interrogatory to which Respondents object and respond to the remainder of the Interrogatory.

## DEFINITIONS

1. The definitions provided in Rule 34(a) of the Federal Rules of Civil Procedure are incorporated by reference.

2. "And" and "or" shall be construed in the conjunctive or disjunctive as necessary to bring within the scope of the Request all responses that might otherwise be construed as outside its scope.

3. "Any" shall be construed to include the word "all" and "all" shall be construed to include the word "any."

4. "Communications" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise), whether received or sent.

5. "Concerning" means referring to, describing, evidencing, or constituting.

6. The terms "document" and "documents" mean any and all items referred to as "documents" in Federal Rule of Civil Procedure 34 and as "writings" and "recordings" in Federal Rule of Evidence 1001. By way of example and without limitation, the terms "document" and "documents" include the original, all drafts, and all non-identical copies, regardless of origin or location, of the following: notes, correspondence (including by letter, by e-mail, or by SMS text message, iMessage, Signal, or other messaging platform), internal communications, e-mail, ledger books, log books, statements, memoranda, policies, procedures, directives, instructions, guidance, summaries of records of conversations, reports, video tapes,

3

audio tapes, minutes or records of meetings, summaries of interviews or investigations, maps, and photographs. The term "document" shall include data stored and organized electronically.

7.      "Each" shall be construed to include the word "every" and "every" shall be construed to include the word "each."

8.      "Including" shall be construed to include the phrase "without limitation."

**INTERROGATORIES**

1.      Who decided to issue the G-56 letter dated January 10, 2026, that was sent to Petitioner?

2.      Why was it decided to issue the G-56 letter dated January 10, 2026, that was sent to Petitioner?

3.      Who decided that U.S. Immigration and Customs Enforcement (ICE) agents should arrest Petitioner on March 4, 2026?

4.      Why was it decided to arrest Petitioner on March 4, 2026?

5.      When was it decided to arrest Petitioner on March 4, 2026?

6.      Who decided that, on March 4, 2026, Petitioner should be detained pending removal proceedings?

7.      Why was it decided that, on March 4, 2026, Petitioner should be detained pending removal proceedings?

8.      Who decided that, on March 5, 2026, Petitioner should remain in the Etowah County Jail, rather than be transported to Louisiana?

9.      Why was it decided that, on March 5, 2026, Petitioner should remain in the Etowah County Jail, rather than be transported to Louisiana?

10.     Who wrote the handwritten warrant dated March 2, 2026?

4

11.     Why was it decided to write the warrant dated March 2, 2026?

12.     What are the names of all of the Department of Homeland Security (DHS)  agents or other personnel who participated in the arrest of Petitioner on March 4, 2026?

12.     Who decided to post the warrant dated March 4 on X.com?