**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

---

**ESTEFANY MARIA RODRIGUEZ FLOREZ,**

       **Petitioner,**

**v.**

                               **Case No. 3:26-cv-00247**

**CHRISTOPHER BULLOCK, Field Office**          **Judge Richardson**
**Director of Enforcement and Removal Operations,**
**New Orleans Field Office, Immigration and**
**Customs Enforcement,**

       **Respondent.**

---

**DECLARATION OF Paul Gray,**

In accordance with the provisions of 28 U.S.C. § 1746, I, Paul Gray, do hereby make the following declaration pertinent to the above-styled cause of action:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), and currently serve as AFOD. I have held this position since October 2025. I have been employed by ICE since 2012.

2. I have prepared this declaration at the request of the U.S. Department of Justice, U.S. Attorney's Office for the Middle District of Tennessee, in connection with a petition for a writ of habeas corpus filed by ESTEFANY MARIA RODRIGUEZ FLOREZ ("Petitioner"), who has been assigned alien registration number AXXX-XXX- 482.

3. I have reviewed the ICE computer databases for Petitioner, and unless otherwise stated herein, this declaration is based on that review.

4. On March 23, 2026, at 7:02 PM, Petitioner's Counsel Joel Coxander reached out to ERO Nashville and requested the return of the Petitioner's Employment Authorization Document (EAD), Passport, and Driver's License.

5. On March 24, 2026, at 12:53 PM, I responded as follows: "Can you confirm if she received her property when she was released? If the ids were not in her property they will be with the file which gets sent to USCIS as they control the files. We will have to have the files sent back to us for us to retrieve the documents."

6. To date I have not received a response from Petitioner's Counsel.

7. A copy of the T-File (Temporary A-file) was scanned to the litigation electronic database on March 13, 2026. I have reviewed that document and the only identity document in the scanned litigation file is a copy of the Petitioner's passport and visa.

8. There is no electronic record that indicates ERO confiscated the Petitioner's EAD or Driver's License.

9. Electronic systems show that the Original A-file is currently with USCIS and the T-file is in transit to USCIS. A request for both files can be made once the T-file is no longer in transit. When ERO Nashville receives the files, they will be reviewed for the requested documents.

I declare under penalty of perjury that the foregoing is true and correct.

4/6/2026

PAUL M GRAY    Digitally signed by PAUL M GRAY
Date: 2026.04.06 15:12:19 -05'00'

Executed on this Date          Paul Gray, AFOD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Joel Hugh Coxander<br>MIRA Legal<br>486 Bell Road, Suite B<br>Nashville, TN 37217 | Julio Quiroz Colby<br>Spring A. Miller<br>Tennessee Immigrant & Refugee<br>Rights Coalition<br>3310 Ezell Road<br>Nashville, TN 37211 |
| Michael C Holley<br>The Law Office of Michael C. Holley<br>922 Main Street, Suite C-161<br>Nashville, TN 37206 | |

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney