IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTEFANY MARIA RODRIGUEZ FLOREZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement,<br><br>Respondent. | Case No. 3:26-cv-00247<br>Judge Richardson |

## PETITIONER'S NOTICE REGARDING WORK PERMIT

Petitioner Estefany Maria Rodriguez Florez (Rodriguez) files this notice to correct an assertion in her sworn declaration. In her declaration, she reported how ICE agents, when detaining her, took her "personal property and documents," and that they did not return any of those documents. (Rodriguez Dec., R.37-1, PageID# 246, 248.) That remains true. But she believed that set of seized documents included her work permit, which was incorrect. (*Id.*) By chance yesterday she found her work permit in the pocket of an article of clothing. Thus, she recognized her mistake, and she apologizes for it, although it was based on her honest belief that her work permit was part of the set of seized documents. She remains certain that ICE seized the set of documents that she was carrying, and that the set includes her REAL ID driver's license, her Colombian identification card, and her Colombian passport.

1

Respectfully submitted,

/s/ Michael C. Holley
Michael C. Holley
Julio Colby
Spring Miller
TENNESSEE IMMIGRANT & REFUGEE RIGHTS
COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
mholley@holleylegal.com
julio@tnimmigrant.org
spring@tnimmigrant.org

/s/ Joel Coxander
Joel Coxander
MIRA Legal
486 Bell Road, Suite B
Nashville, TN 37217

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to Assistant United States Attorney Mercedes C. Maynor, United States Attorney's Office, 719 Church St., Suite 3300, Nashville TN 37203.

s/ Michael C. Holley
MICHAEL C. HOLLEY

2