IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ESTEFANY MARIA RODRIGUEZ )
FLOREZ, )
)
    PETITIONER, )      NO. 3:26-cv-00247
)
v. )      JUDGE RICHARDSON
)
CHRISTOPHER BULLOCK, )
)
    RESPONDENT. )

## ORDER

Pending before the Court is a "Motion for Leave to File Surreply" (Doc. No. 42, "Motion"), filed by Petitioner, Estefany Maria Rodriguez Florez. Via the Motion, Petitioner moves the Court for leave to file a surreply to the motion to dismiss (Doc. No. 25) that was filed by Respondent. (Doc. No. 42 at 1). Petitioner has filed her proposed surreply at Docket No. 43.

The time to respond to the Motion having expired without any opposition to the Motion and the Motion being otherwise well-taken (except to the extent indicated in the parenthetical below), the Motion (Doc. No. 42) is **GRANTED**, and Petitioner is granted leave to file a surreply. Accordingly, the Court shall consider Docket No. 43 (which, arguably in dubious fashion, was filed prior to Petitioner having received leave to file it in the first place) as being properly filed.

IT IS SO ORDERED.

_Eli Richardson_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE