**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Estefany Maria Rodriguez Florez

Petitioner,

v. Case No.: 3:26−cv−00247

Christopher Bullock

Respondant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/9/2026 re [48].

Vicki R. Kinkade
s/ Caylor A Haynes, Deputy Clerk